976 So.2d 170 (2008)
STATE ex rel. Larry BANNISTER
v.
STATE of Louisiana.
No. 2007-KH-0988.
Supreme Court of Louisiana.
February 15, 2008.
In re Bannister, Larry;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. M, No. 93-5104; to the Court of Appeal, Fifth Circuit, No. 07-KH-221.
Denied. La.C.Cr.P. art. 930.8; State ex rel Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.